**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**IN RE:** **CASE NO.: 9:15-bk-12874-FMD**
**CHAPTER 13**

**Bruce A. Hartman**
**,**

**Debtor,**

**Carol O. Hartman**
**,**

**Joint Debtor.**

_________________________________/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of FREDDIE MAC - OCWEN LOAN SERVICING, LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

GREGORY A CHAMPEAU
GREGORY A CHAMPEAU
999 VANDERBILT BEACH RD.,
SUITE 232

NAPLES,, FL 34108

BRUCE A. HARTMAN

1139 S.W. 32ND. TERRACE
CAPE CORAL, FL 33914

GREGORY A CHAMPEAU
GREGORY A CHAMPEAU
999 VANDERBILT BEACH RD.,
SUITE 232
NAPLES,, FL 34108

CAROL O. HARTMAN

1139 S.W. 32ND. TERRACE
CAPE CORA, FL 33914

JON WAAGE

P O BOX 25001
BRADENTON, FL 34206

UNITED STATES TRUSTEE - FTM7/13, 7

501 E POLK STREET
TAMPA, FL 33602

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Seth Greenhill
Seth Greenhill, Esquire
Email: sgreenhill@rasflaw.com