UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
www.flmb.uscourts.gov

In re:                                                                Case No. 9:15-bk-12874-FMD

                                                                      Chapter 13

BRUCE A, HARTMAN, and
CAROL O. HARTMAN

        Debtors.
_____/

**OBJECTION TO CONFIRMATION OF THE PLAN**

Secured Creditor, Multibank 2009-1 RES-ADC Venture LLC (***"RES"***) objects to the confirmation of Bruce and Carol Hartman's (the ***"Debtors"***) Chapter 13 Plan [ECF No. 2] (the ***"Plan"***) and states:

1.    RES obtained a final judgment (the ***"Final Judgment"***) against the Debtors on October 15, 2014 in the amount of $208,948.52. On October 21, 2014, by virtue of the recording of the Final Judgment as INSTR# 2014000215863 in the official records of Lee County, FL, a judgment lien attached to all of the Debtors' real property in Lee County, FL. A copy of the Final Judgment is attached as **Exhibit A**.

2.    The Debtors list the following property on their Schedule A:

| | | |
|---|---|---|
| 1.2 | If you own or have more than one, list here: | |
| | **2722 Santa Barbara Blvd.** | |
| | Street address, if available, or other description | |
| | Cape Coral    FL    33914-0000 | |
| | City    State    ZIP Code | |
| | Lee County | |

What is the property? Check all that apply.
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $97,402.00
Current value of the portion you own?  $97,402.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. _____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: Value Per 2015 Ad Valorem Real Estate Tax Assessment

(the "2722 Property").

3.   On their Schedule D, the Debtors report the following:

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **OCWEN**<br>Creditor's Name<br><br>P.O. Box 24738<br>West Palm Beach, FL 33416<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred | Describe the property that secures the claim:<br>2722 Santa Barbara Blvd. Cape Coral, FL 33914 Lee County<br>Value Per 2015 Ad Valorem Real Estate Tax Assessment<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number   6914 | $80,667.00 | $97,402.00 | $0.00 |

4.   As set forth above, RES's judgment lien attached to all of the Debtors' real property in Lee County, including the 2722 Property.

5.   Thus, even by the Debtors' valuation of the 2722 Property, RES has a secured claim of approximately $17,000. Moreover, the Debtors reported only the tax-assessed value of the 2722 Property, and upon information and belief, the actual fair market value is approximately $200,000.00. Accordingly, RES's secured claim is approximately $119,000.00

6.   Whether RES's secured claim is $17,000 or $119,000, the Debtors propose no treatment of the RES secured claim, and thus the Plan violates 11 U.S.C § 1325(a)(5)(B)(ii).

7.   Moreover, this case was filed in response to a series of garnishments issued by RES. Specifically, the case was filed when, following an RES garnishment, Wells Fargo Bank, N.A. responded that

> the Garnishee may be indebted to Defendant(s), "Bruce A Hartman and Carol Orr Hartman," by virtue of a safe deposit box in the name of "Carolyn Orr Hartman, Marjorie T Hartman" at the following address(es): 3613 Country Club Blvd, #2, Cape Coral,

FL 33904 and Garnishee in good faith has placed a "hold" on the Safe Deposit Box in accordance with Chapter 77, and primarily Section 77.06(2) and (3), Florida Statutes.

8. Upon requesting an inventory or inspection of the safety deposit box, the Debtors refused. Thus upon inference, RES believes the contents of the safety deposit box may include assets sufficient to cause the Plan to violate 11 U.S.C. § 1325(a)(4),

9. The Debtors have completely ignored the requirements of a chapter 13 Plan, and appear to have filed this petition in bad faith in violation of 11 U.S.C. § 1325(b)(7), in the hopes of stalling the post-judgment remedies of a lien-creditor, rather than having any actual intent to reorganize.

WHEREFORE, RES requests the entry of an Order (1) denying confirmation of the Plan; and (2) granting such other and further relief as is just and appropriate.

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was delivered to (1) counsel for the Debtor, (2) the Chapter 13 Trustee and (3) the United States Trustee by delivery of notices of electronic filing.

                                                        /s/ Lawrence E. Pecan
                                                        Lawrence E. Pecan, Esquire

IN THE CIRCUIT COURT OF THE 20TH
JUDICIAL CIRCUIT IN AND FOR LEE
COUNTY, FLORIDA

MULTIBANK 2009-1 RES-ADC VENTURE, LLC,

CASE NO.: 14-CA-000022

    Plaintiff,

vs.

BRUCE A. HARTMAN, CAROL ORR HARTMAN,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CASE came on to be heard before the Court upon Plaintiff, MULTIBANK 2009-1 RES-ADC VENTURE, LLC ("Plaintiff"), Motion for Summary Judgment (the "Motion") against Defendants, BRUCE A. HARTMAN and CAROL ORR HARTMAN, and supporting affidavits. The Court, having reviewed the Complaint, the Motion and the Affidavits filed in support thereof, as well as the other documents on file, and being otherwise fully advised in the premises, it is hereby:

1. ORDERED and ADJUDGED, that Plaintiff, whose principal address is 790 NW 107th Avenue, Suite 400, Miami, Florida 33172, shall recover from Defendants, Bruce A. Hartman and Carol Orr Hartman, whose principal address is 1139 SW 32nd Terrace, Cape Coral, Florida 33914, the sum of:

| | |
|---|---|
| Principal Balance on Note 1 | $87,337.53 |
| Principal Balance on Note 2 | $18,315.82 |
| Interest on Note 1 through 6/26/14 | $82,005.65 |
| Interest on Note 2 through 6/26/14 | $15,288.49 |
| Escrow Advance for Taxes on Note 1 | $ 2,943.23 |
| Escrow Advance for Taxes on Note 2 | $    310.30 |
| Court Cost | $    597.50 |
| Attorney Fees | $ 2,150.00 |
| **Total** | **$208,948.52** |

All of which shall bear interest at the statutory rate provided by Florida Statute §55.03 and set by the Chief Financial Officer, for all of which let execution issue forthwith.

2. IT IS FURTHER ORDERED AND ADJUDGED that Defendants, Bruce A. Hartman and Carol Orr Hartman, shall complete the Florida Civil Procedures Form 1.977 (Fact Information Sheet) attached hereto as Exhibit "A" and return it to Plaintiff's counsel within forty five (45) days from the date of this final judgment, unless the final judgment is satisfied or a motion for a new trial or notice of appeal is filed.

ORDERED in Fort Myers, Lee County, Florida, on __10/15/14__.

_____
Circuit Court Judge

for 10/20/14

Copies Furnished to:

Daniel Wasserstein, Esquire, Wasserstein, P.A., 6501 Congress Avenue, Suite 100, Boca Raton, FL 33487
Bruce and Carol Hartman, 1139 SW 32nd Terrace, Cape Coral, FL 33914